# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JOHN ANTHONY CASTRO, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:18-cv-00645-M |
| ) | |
| v. ) | |
| ) | |
| GEORGETOWN UNIVERSITY ) | |
| AND NAN HUNTER, ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Defendants Georgetown University and Nan Hunter, by counsel, move for leave to proceed without local counsel under LR 83.10.

Undersigned counsel is an active member of the State Bar of Texas and of the bar of the United States District Court for the Northern District of Texas, having been admitted to the Northern District of Texas on January 21, 1999.  Defendants are moving to dismiss the Complaint for failure to state a claim and, in the alternative, for lack of personal jurisdiction. Defendants request leave to appear without local counsel through the proceedings regarding this motion.

Undersigned counsel has conferred by email with counsel for plaintiff, and plaintiff does not oppose this motion.

Accordingly, defendants respectfully request leave to appear without local counsel through proceedings on the motion to dismiss.  A proposed Order is attached.

Dated:  April 17, 2018

Respectfully submitted,

 /s John A. Basinger
John A. Basinger (Texas Bar No. 00796173)
Saul Ewing Arnstein & Lehr LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6724 Tel.
(973) 286-6800 Fax
john.basinger@saul.com

William D. Nussbaum (*pro hac vice* motion forthcoming)
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue NW
Suite 550
Washington, D.C. 20006
(202) 295-6652 Tel.
(202) 295-6715 Fax
william.nussbaum@saul.com

*Counsel for Defendants*

-3-

## CERTIFICATE OF CONFERENCE

      I certify that I conferred with Joshua Milam, counsel for plaintiff, by email on April 12 and 13, 2018 concerning Defendants' motion to proceed without local counsel, and that he indicated that he had no opposition.

                                       */s John A. Basinger*
                                       John A. Basinger

## **CERTIFICATE OF SERVICE**

I certify that on this 17th day of April, 2018 that a copy of the foregoing Unopposed Motion For Leave To Proceed Without Local Counsel was filed and served via the Court's electronic filing system on the following party:

Joshua S. Milam
CASTRO & CO., LLC
J.Milam@CastroAndCo.com
13155 Noel Road, Suite 900
Dallas, TX 75240
j.milam@castroandco.com

                                           */s John A. Basinger*
                                           John A. Basinger