# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **JOHN ANTHONY CASTRO**, | ) |
| | ) |
| Plaintiff, | )  Case No. 3:18-cv-00645-M |
| | ) |
| v. | ) |
| | ) |
| **GEORGETOWN UNIVERSITY** | ) |
| **AND NAN HUNTER,** | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants Georgetown University and Nan Hunter, by counsel, move the Court for an Order dismissing all claims brought by plaintiff John Anthony Castro. In support of their motion defendants rely upon the accompanying brief, which is incorporated by reference. A proposed Order is attached.

Dated: April 17, 2018

                                                          Respectfully submitted,

                                                           /s John A. Basinger
                                                          John A. Basinger (Texas Bar No. 00796173)
                                                          Saul Ewing Arnstein & Lehr LLP
                                                          One Riverfront Plaza
                                                          1037 Raymond Blvd., Suite 1520
                                                          Newark, New Jersey 07102-5426
                                                          (973) 286-6724 Tel.
                                                          (973) 286-6800 Fax
                                                          john.basinger@saul.com

                                                          William D. Nussbaum (*pro hac vice* motion
                                                          forthcoming)
                                                          Saul Ewing Arnstein & Lehr LLP
                                                          1919 Pennsylvania Avenue NW
                                                          Suite 550

Washington, D.C. 20006
(202) 295-6652 Tel.
(202) 295-6715 Fax
william.nussbaum@saul.com

*Counsel for Defendants*

-3-

## **CERTIFICATE OF SERVICE**

     I certify that on this 17th day of April, 2018 that a copy of the foregoing Defendants' Motion to Dismiss was filed and served via the Court's electronic filing system on the following party:

Joshua S. Milam
CASTRO & CO., LLC
J.Milam@CastroAndCo.com
13155 Noel Road, Suite 900
Dallas, TX 75240
j.milam@castroandco.com

                                                   */s John A. Basinger*
                                                   John A. Basinger