# Exhibit A

Case 3:18-cv-00645-M   Document 8-1   Filed 04/17/18   Page 1 of 4   PageID 53



Taxation.Interview.Program [Organization] <taxrecruit@georgetown.edu>

# RE: Interested in Recruiting
1 message

**Taxation Interview Program** <taxrecruit@law.georgetown.edu>         Wed, Dec 16, 2015 at 3:31 PM
To: "John Anthony Castro, J.D., LL.M." <j.castro@castroandco.com>, Taxation Interview Program <taxrecruit@law.georgetown.edu>
Cc: "Nan D. Hunter" <ndh5@law.georgetown.edu>

Dear John,

I hope that you are doing well.  I have discussed your interest in TIP with Dean Hunter, who is copied here, and we do not think that the program is suited to your recruitment efforts, given some of the issues that arose while you were a Tax LL.M. student participating in TIP.

Thanks,

Molly


Molly Scott, *Esq.*

Assistant Director, Graduate Career & Professional Development

Georgetown University Law Center

Hotung 5000

(202) 662-9368 (direct)

(202) 662-9036 (front desk)

http://www.law.georgetown.edu/graduate/ProfessionalDevelopment.htm


Follow us on Twitter (@GtownLawProfDev) and LinkedIn (LL.M. Careers)

---

**From:** John Anthony Castro, J.D., LL.M. [mailto:j.castro@castroandco.com]
**Sent:** Friday, December 11, 2015 7:13 PM
**To:** Taxation Interview Program
**Subject:** Interested in Recruiting

Georgetown University Mail - RE: Interested in Recruiting	3/26/18, 6:36 AM

Can you send me more information on how our firm might be able to participate in and possibly recruit an upcoming graduate?

_____

**CASTRO & CO.**

**John Anthony Castro**, **J.D.**, **LL.M**.
International Tax Attorney

Managing Partner, Castro & Co. LLC

Direct 202-594-4344, Fax 866-700-7595

J.Castro@CastroAndCo.com


202-792-6600  Washington DC
407-990-1170  Orlando

305-747-7006  Miami

214-444-7010  Dallas


1701 Pennsylvania Ave NW, Suite 300, Washington, DC 20006

121 South Orange Avenue, Suite 1500, Orlando, FL 32801

701 Brickell Avenue, Suite 1550, Miami, FL 33131

13155 Noel Road, Suite 900, Dallas, TX 75240


CastroAndCo.com


_____

Confidentiality:  The information transmitted herein is intended only for the person(s) or entity to which it is addressed and may contain confidential material and/or it may constitute an attorney-client communication that is privileged at law.  Any review, or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited.  If you received this electronic mail transmission in error, please contact the sender and delete the material from your computer without copying it.  Thank you for your cooperation.  This transmission is neither intended, nor shall it be construed, to provide legal advice, create an attorney-client relationship, or include my signature.

Tax Disclosure: Any tax advice contained in this communication, including attachments, was not written to be relied upon as legal advice for the purpose of avoiding tax-related penalties under the Internal Revenue Code.  If you would like a written tax opinion upon which you can legally rely for the purpose of avoiding penalties, please request one.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -