IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY CASTRO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-cv-645-M |
| | § | |
| GEORGETOWN UNIVERSITY and NAN HUNTER, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendants' Motion to Dismiss (ECF No. 7), filed on April 17, 2018. On May 9, 2018, Plaintiff filed his First Amended Complaint (ECF No. 11).

The general rule is that the filing of an amended complaint supersedes a prior complaint. *See King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). A motion to dismiss that attacks the superseded complaint may be denied as moot. *See, e.g.*, *Mangum v. United Parcel Servs.*, No. 3:09–CV–0385–D, 2009 WL 2700217, at *1 (N.D. Tex. Aug. 26, 2009). In light of the First Amended Complaint, Defendants' Motion to Dismiss is **DENIED** as moot.

**SO ORDERED**.

May 14, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE